# ALABAMA COURT OF CRIMINAL APPEALS



December 15, 2023

**CR-2023-0594**
Kenneth Eugene Smith v. State of Alabama (Appeal from Jefferson Circuit Court:
CC-89-1149.61)

## NOTICE

You are hereby notified that on December 15, 2023, the following action was
taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk